In the Matter of the Estate of LIBERTUS VAN BOKKELEN, Deceased.

CARROLL G. WALTER, as Administrator de Bonis Non of the Estate of LIBERTUS VAN BOKKELEN, Deceased, Appellant; PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent.

Argued February 26, 1940; decided March 12, 1940.

*Carroll G. Walter* and *J. Frederick Eagle* for appellant.

*Gerhard R. Gerhard, T. F. Davies Haines* and *Lee J. Perrin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.